EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2003 TSPR 108<br><br>159 DPR \_\_\_\_ |

Número del Caso: ES-2003-1


Fecha: 23 de junio de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                                    ES-2003-1

RESOLUCION

San Juan, Puerto Rico, a 23 de junio de 2003

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. de julio al 17 de agosto de 2003

   Hon. Francisco Rebollo López, Presidente
   Hon. Miriam Naveira de Rodón
   Hon. Federico Hernández Denton
   Hon. Jaime B. Fuster Berlingeri


Del 18 de agosto al 30 de septiembre de 2003

   Hon. José A. Andréu García, Presidente
   Hon. Baltasar Corrada del Río
   Hon. Efraín E. Rivera Pérez

   Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo